UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
CABLEVISION SYSTEMS NEW YORK
CITY CORPORATION,

        Plaintiff,

        -against-

JOSEPH INCORVAIA,

        Defendant.
------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
AUG 17 2005
P.M. _____
TIME A.M. _____

NOT FOR PUBLICATION
ORDER

03 CV 2152 (CBA)

AMON, UNITED STATES DISTRICT JUDGE

This Court has received the report and recommendation ("R&R") of the Honorable Viktor V. Pohorelsky, United States Magistrate Judge, recommending that this Court award plaintiff statutory damages in the amount of $80,000 and attorney's fees and costs in the amount of $1,537.73 against the defaulting defendant Joseph Incorvaia.

Because no party has objected to the report and recommendation, the Court hereby adopts the report and recommendation as the opinion of the Court. The Clerk of the Court is directed to enter judgment in accordance with this Order.

SO ORDERED.

Dated:    Brooklyn, New York
          August 15, 2005

                                /s/ HON. CAROL B. AMON
                                Carol Bagley Amon
                                United States District Judge