UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CABLEVISION SYSTEMS NEW YORK
CITY CORPORATION,

                Plaintiff,

-against-

JOSEPH INCORVAIA,

                Defendant.
-------------------------------------------------------------X

JUDGMENT
03-CV-2152 (CBA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 19 2005 ★
P.M. _____
TIME A.M. _____

      An Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on August 17, 2005, adopting the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky, dated July 13, 2005; and directing the Clerk of Court to enter judgment awarding plaintiff statutory damages in the amount of $80,000.00 and attorney's fees and costs in the amount of $1,537.73 against the defaulting defendant Joseph Incorvaia; it is

      ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky is adopted; and that judgment is hereby entered in favor of plaintiff, Cablevision Systems New York City Corporation, and against defendant, Joseph Incorvaia, awarding statutory damages in the amount of $80,000.00 and attorney's fees and costs in the amount of $1,537.73.

Dated: Brooklyn, New York
       August 18, 2005

/s/
_____
ROBERT C. HEINEMANN
Clerk of Court